UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *PEDRO ALFONSO* | 21 MC 103 (AKH) |
| Plaintiff, | INDEX NO.: *08CV02252* |
| -AGAINST- | **NOTICE OF ADOPTION** |
| *111 WALL STREET LLC., ET. AL.,* | |
| Defendants | |

PLEASE TAKE NOTICE THAT Defendants, THE BANK OF NEW YORK MELLON CORPORATION, As Successor To THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, ONE WALL STREET HOLDINGS LLC, 4101 AUSTIN BLVD CORPORATION and THE BANK OF NEW YORK TRUST COMPANY, N.A. (hereinafter "THE BNY ENTITIES") incorrectly sued as *INSERT DEFENDANT'S NAME FROM COMPLAINT*, by their attorneys, SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD., as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) filed in the above referenced action, hereby adopts its Answer dated August 3, 2007 which was filed in the matter of: *In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).*

To the extent that Defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint

in the above captioned matter, THE BNY ENTITIES, deny knowledge or information

sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, THE BNY ENTITIES demand judgment dismissing the above

captioned actions together with costs, disbursements, attorneys' fees such other and

further relief as this Court deems just and proper.


DATED:    New York, New York
          *7/21/08*



                        SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
                        Attorneys for The Bank Of New York Mellon Corporation,
                        As Successor To The Bank Of New York Company, Inc.,
                        The Bank Of New York,
                        One Wall Street Holdings LLC,
                        4101 Austin Blvd Corporation,
                        The Bank of New York Trust Company, N.A.

                        By:_____/S/_____ _____
                            Christian H. Gannon (CG-1621)
                            830 Third Avenue
                            Suite 400
                            New York, New York 10022
                            (212) 651-7500